**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRAMER ENGINEERING, INC., a California Corporation,<br><br>　　Plaintiff,<br>　v.<br>LEXANI INTERNATIONAL, INC. DBA ASANTI, a California Corporation; SERGIU ANCA, an individual; BLAGA PRECISION, INC., a California Corporation; GAVRIL BLAGA, an individual; and DOES 1-100 Inclusive,<br><br>　　Defendants.<br>_____<br><br>LEXANI INTERNATIONAL, INC. DBA ASANTI, a California Corporation,<br><br>　　Counter-Claimant,<br>v.<br>CRAMER ENGINEERING, INC., a California Corporation, and ROES 1-10<br><br>　　Counter-Defendant.<br>_____ | Civil Action: ED CV13-00831 VAP<br>Judge: Hon. Virginia A. Phillips<br><br>**ORDER TO EXTEND DISCOVERY DEADLINE** |

## ORDER

WHEREAS the parties have filed a stipulation requesting that the discovery deadline in this case be extended and good cause having been shown therein;

THE COURT ORDERS that the discovery deadline presently set for February 24, 2014, be extended to March 24, 2014.  No other dates are affected by this Order.

Dated: February 07, 2014

*Virginia A. Phillips*

U.S. District Court Judge