1  LAW OFFICES OF ERIC MICHAEL PAPP
   Eric Michael Papp, CSB No.: 180077
2  495 East Rincon Street, Suite 125
   Corona, CA 92879
3  Tel (951) 279-6700
   Fax (951) 279-6716
4
   Attorneys for Plaintiff and Counter-Defendant
5  CRAMER ENGINEERING, INC.

8           **UNITED STATES DISTRICT COURT**

9         **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10              **EASTERN DIVISION - RIVERSIDE**

| | |
|---|---|
| CRAMER ENGINEERING, INC., a California Corporation, | Case No.: 5:13-cv-00831-VAP |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| LEXANI INTERNATIONAL, INC., DBA ASANTI, a California Corporation; SERGIU ANCA, an individual; BLAGA PRECISION, INC., a California Corporation; GAVRIL BLAGA, an individual; and DOES 1-100, Inclusive, | **PRE-TRIAL:** May 5, 2014<br>**TRIAL:**     May 13, 2014 |
| Defendants. | |
| LEXANI INTERNATIONAL, INC., DBA ASANTI, a California Corporation, | |
| Counter-Claimant, | |
| v. | |
| CRAMER ENGINEERING, INC., a California Corporation, and ROES 1-10, | |
| Counter-Defendants. | |

**TO THE COURT:**

In accordance with the Court's Standing Order, Local Rule 16-15.7 and the instruction of the Court, Plaintiff and Counter-Claimant hereby submit this Notice of Settlement to notify the Court that the lawsuit has been settled, and to request 30 days in which to file the dismissal.

                                      Respectfully submitted,

Dated: April 29, 2014         LAW OFFICES OF ERIC MICHAEL PAPP


                                      /s/
                                    ERIC MICHAEL PAPP
                                    Attorneys for Plaintiff and Counter-Defendant, CRAMER ENGINEERING, INC.