JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    EDCV 13-00831-VAP (OPx)                    Date:   April 30, 2014

Title:    CRAMER ENGINEERING, INC., A CALIFORNIA CORPORATION -v- LEXANI
INTERNATIONAL, INC. DBA ASANTI, A CALIFORNIA CORPORATION; SERGIU
ANCA, AN INDIVIDUAL; BLAGA PRECISION, INC., A CALIFORNIA
CORPORATION; GAVRIL BLAGA, AN INDIVIDUAL; AND DOES 1-100 INCLUSIVE
========================================================================
PRESENT:  HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

        Marva Dillard                          None Present
        Courtroom Deputy                       Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

        None                                   None

PROCEEDINGS:    CLOSING (IN CHAMBERS)


☐    Case previously closed in error.  Make JS-5.

☐    Case should have been closed on entry dated _____.

X    Case settled but may be reopened if settlement is not consummated within _30___ days.
     Make JS-6.

☐    Other _____
     _____.

X    Entered _____JS-6_____.


CV-74 (08/97)                                    Initials of Deputy Clerk md_____